■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER LAMONI, Also Known as CHRISTOPHER LAMOND, Appellant. [645 NYS2d 480] —Judgment, Supreme Court, Bronx

County (Alexander Hunter, J., at plea; Joseph Cohen, J., at sentence), convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of $3^1/_3$ to 10 years, unanimously affirmed.

Since defendant made no motion to withdraw his plea, his present contention that the court improperly enhanced the sentence promised at the time of the plea is unpreserved (*People v Gonzalez*, 161 AD2d 469), and we decline to review it in the interest of justice. Defendant's waiver of indictment and superior court information, constituting a single document, satisfied the requirements of CPL 195.20. We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Ellerin, Kupferman, Williams and Mazzarelli, JJ.